UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATKINS FAMILY TRUST DATED 1/7/94,<br><br>Plaintiff,<br><br>v.<br><br>WB (BRANT) WALLACE, et al.,<br><br>Defendants. | Case No.  24-cv-02785-JSC<br><br>**ORDER RE: MOTION TO HAVE WITNESSES APPEAR BY ZOOM**<br><br>Re: Dkt. No. 79 |

Defendants moved to have two non-party witnesses, Mr. Haddock and Mr. Webb, testify via video at the upcoming bench trial.  (Dkt. No. 79.)  On November 13, 2025, the Court held "[a]ssuming the witnesses will not voluntarily travel to California to testify, Defendants have shown good cause."  (Dkt. No. 83 at 1.)  So, the Court ordered Defendants to file a declaration evidencing the witnesses' unavailability if not allowed to testify by video.  (*Id.* at 2.)

Mr. Webb now declares he is "not willing to voluntarily travel to San Francisco, California, for the trial" given his financial resources and work commitments in Texas.  (Dkt. No. 85 at 2.)  Mr. Haddock similarly declares he is "not willing to voluntarily travel to San Francisco, California, for the trial" given work commitments and travel time from New Hampshire.  (Dkt. No. 86 at 2.)

As both witnesses have declared they are unwilling to voluntarily travel to California to testify, the Court GRANTS Defendants' motion to have Mr. Haddock and Mr. Webb testify via video at the upcoming bench trial.

This Order disposes of Docket No. 79.

\\

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated: December 3, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California